1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10
MICHAEL A. TRAP,                                No. CV 13-0003-DMG (JPRx)
11
        Plaintiff,
12
        v.                                       **ORDER DISMISSING ACTION WITH
                                                 PREJUDICE [283]**
13
UNITED STATES OF AMERICA; A.
14  WASHINGTON-ADDUCI, Warden;
    EVERETT COTTRELL, Captain;
15  CARLOS DEVEZA, Associate
    Warden; T. SCARANTINO, Associate
16  Warden; MS. VICKIE LOPEZ, Acting
    Chief Medical Administrator; DR.
17  MARK DAG, M.D., Clinical Physician;
    MS. FLEUR PANGANIBAN,
18  Physician's Assistant; MR. ERIC
    BRADFORD, Physical Therapist;
19  CONRAD GRABER, Warden; ISAM
    ELAYAN, Health Systems
20  Administrator; LIEUTENANT ROWE;
    OFFICER LOPEZ; OFFICER
21  CHANG; AND DOES 1-10,

22          Defendants.

23

24

25

26

27

28

Based on the parties' stipulation, and good cause appearing,

IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with all parties to bear their own costs, fees, and expenses.

DATED:  July 6, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE